

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00274-CV

**IN THE INTEREST OF D.L., III**, D.L., D.A.R. and D.G., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00708
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order terminating appellant's parental rights is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED October 23, 2019.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice